ATTORNEY GRIEVANCE COMMISSION  &ast;   IN THE
OF MARYLAND   &ast;   COURT OF APPEALS
  &ast;   OF MARYLAND
  Petitioner   &ast;
  &ast;   Misc. Docket AG
v.   &ast;   No. _70_
  &ast;   September Term, 2015
ANGELA M. BLYTHE   &ast;
  &ast;
  Respondent   &ast;
  &ast;

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Joint Petition for Temporary Suspension By Consent filed by the Attorney Grievance Commission of Maryland, Petitioner, and Angela M. Blythe, Respondent, with supporting documentation of Respondent's conviction of a serious crime in the United States District Court for the District of Maryland, it is this _____4th_____ day of _February_____, 2016,

ORDERED, by the Court of Appeals of Maryland, that Angela M. Blythe be, and she hereby is, suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

ORDERED, that this suspension shall have the effect of a temporary suspension issued pursuant to Maryland Rule 16-771(c); and it is further

ORDERED, that the Clerk of this Court shall strike the name of Angela M. Blythe from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the clerks of all courts in this State in accordance with Maryland Rule 16-760(e).

/s/ Lynne A. Battaglia
Senior Judge